956

Illinois; and *Thomas Dodd Healy* for Sullivan, Trustee, respondents.

No. 515. ATLANTIC COAST LINE RAILROAD CO. ET AL. *v.* JENNINGS, ADMINISTRATRIX. Supreme Court of South Carolina. Certiorari denied. *Charles Cook Howell* for petitioners. *Donald Russell* for respondent.

No. 518. DOUGHERTY *v.* GENERAL MOTORS CORP. C. A. 3d Cir. Certiorari denied. *Sheldon E. Bernstein* for petitioner. *James D. Carpenter* and *Henry M. Hogan* for respondent.

No. 535. HORNER *v.* UNITED STATES. Court of Claims. Certiorari denied.

No. 47, Misc. TOWNSEND *v.* KANSAS. Supreme Court of Kansas. Certiorari denied. Petitioner *pro se. Harold R. Fatzer,* Attorney General of Kansas, *L. P. Brooks* and *C. Harold Hughes,* Assistant Attorneys General, for respondent.

No. 125, Misc. SHELTON *v.* REED, SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Perlman* for respondent.

No. 279, Misc. BLACK *v.* ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *Joe McCoy* and *W. H. Glover* for petitioner.

No. 301, Misc. TATE *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.